**Vacate and Render and Opinion Filed January 6, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01469-CV

**ESTHER THOMPSON, Appellant**
**V.**
**FRANCIS KEELING, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-04386**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Before the Court is the parties' December 20, 2019 joint motion to dismiss. The motion

states the parties have reached an agreement and details the same. We grant the motion, vacate

the trial court's judgment, and render judgment, as set out in the parties' motion, as follows:

1. Appellant agrees to pay to Appellee the total sum of $30,000, in exchange for Appellee's pro rata share of the real property located at 723 Calcutta Drive Dallas Texas 75241, and more fully described as: Lot 4, Block 1/6017, of the Glenview Addition No. 6 an Addition to the City of Dallas, Texas. According to the Map thereof recorded in Volume 29, Page 79, Map Records, Dallas, Texas - commonly known as 723 Calcutta Drive, Dallas, Texas 75241.

2. Appellee agrees to convey deed to Appellant via Special Warranty Deed, her interest in the real property described above, commonly known as 723 Calcutta Drive Dallas Texas 75241, and more fully described as: Lot 4, Block 1/6017, of the Glenview Addition No. 6 an Addition to the City of Dallas, Texas. According to the Map thereof recorded in Volume 29, Page 79, Map Records, Dallas, Texas. Reservations from and Acceptance to Conveyance: NONE, immediately upon payment by Appellant, in the

sum of $30,000.  The deed shall be drafted by Appellant's attorney and provided to Appellee to sign.  Appellant shall incur the costs of recording the deed.

Attorney's fees and costs of court shall be taxed against the party incurring the same.  All other claims or matters in this cause are dismissed with prejudice.

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE

191469f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ESTHER THOMPSON, Appellant

No. 05-19-01469-CV      V.

FRANCIS KEELING, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-04386.
Opinion delivered by Justice Pedersen, III. Justices Osborne and Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **GRANT** the parties' joint motion, **VACATE** the trial court's judgment, and **RENDER** judgment, as set out in the parties' motion, as follows:

Appellant agrees to pay to Appellee the total sum of $30,000, in exchange for Appellee's pro rata share of the real property located at 723 Calcutta Drive Dallas Texas 75241, and more fully described as: Lot 4, Block 1/6017, of the Glenview Addition No. 6 an Addition to the City of Dallas, Texas. According to the Map thereof recorded in Volume 29, Page 79, Map Records, Dallas, Texas - commonly known as 723 Calcutta Drive, Dallas, Texas 75241.

Appellee agrees to convey deed to Appellant via Special Warranty Deed, her interest in the real property described above, commonly known as 723 Calcutta Drive Dallas Texas 75241, and more fully described as: Lot 4, Block 1/6017, of the Glenview Addition No. 6 an Addition to the City of Dallas, Texas. According to the Map thereof recorded in Volume 29, Page 79, Map Records, Dallas, Texas. Reservations from and Acceptance to Conveyance: NONE, immediately upon payment by Appellant, in the sum of $30,000. The deed shall be drafted by Appellant's attorney and provided to Appellee to sign. Appellant shall incur the costs of recording the deed.

Attorney's fees and costs of court shall be taxed against the party incurring the same. All other claims or matters in this cause are dismissed with prejudice.

Judgment entered this 6th day of January, 2020.